# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 09/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | ▒▒▒▒ Family Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Michigan Judges Retirement Services | $38,807.00 |
| 2. | 2016 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | M | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | L | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Laboratory CP American Hldg | | None | J | T | | | | | |
| 7. Blackrock Global Stock Fund | B | Dividend | M | T | | | | | |
| 8. | B | Distribution | M | T | | | | | |
| 9. IBM Stock | B | Dividend | K | T | Sold (part) | 04/18/16 | K | D | |
| 10. Quest Diagnostics Stock | A | Dividend | K | T | Sold (part) | 04/18/16 | K | D | |
| 11. Petosky MI Condo (Y) | | None | | | Sold | 10/28/16 | N | G | |
| 12. Harbor Springs, MI property(Y) | | None | | | | | | | |
| 13. Fidelity Contrafund Pool | | None | L | T | | | | | |
| 14. Interest Income Fund KKL 401K | D | Int./Div. | N | T | Buy (add'l) | 04/25/16 | K | | |
| 15. Vanguard Convertible See KKL 401K | B | Int./Div. | K | T | | | | | |
| 16. Am Cent US Real Estate KKL 401K | | None | K | T | | | | | |
| 17. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Total Return-State of Michigan 457 (TLL) | | None | J | T | | | | | |
| 19. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 20. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | M | T | | | | | |
| 21. SSgaCash Series Treasury State of MI 401K (TLL) | | None | J | T | | | | | |
| 22. PIMCO Total Return State of MI 401K plan (TLL) | | None | L | T | | | | | |
| 23. Dodge & Cox Stock-St of MI 401K (TLL) | | None | K | T | | | | | |
| 24. Ridge Worth Funds-St of MI 401K (TLL) | | None | K | T | | | | | |
| 25. American Funds Europacific Gr-St of MI 401K (TLL) | | None | K | T | | | | | |
| 26. Artisan Mid Cap-St of MI 401K (TLL) | | None | K | T | | | | | |
| 27. TRP Is Mid Cap KKL 401K | D | Int./Div. | M | T | Sold (part) | 04/25/16 | K | | |
| 28. Vanguard Dev Mkt IndexIP KKL 401K | B | Int./Div. | L | T | | | | | |
| 29. MTL Insurance Co (ordinary) Life Policy (TLL) | | None | K | T | | | | | |
| 30. Trust Mark (ordinary) Life Policy (TLL) | | None | L | T | | | | | |
| 31. Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 32. Apple Inc | A | Dividend | K | T | Buy (add'l) | 12/22/16 | J | | |
| 33. Hennessy Gas Utilities Index Fund | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 34. Fidelity Select Portfolio Fund | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | K | T | Sold (part) | 04/11/16 | J | | |
| 36. Helmerich & Payne | A | Dividend | | | Sold | 12/22/16 | K | B | |
| 37. Church & Dwight | A | Dividend | J | T | | | | | |
| 38. Dollar Tree Stores Inc | | None | J | T | | | | | |
| 39. Buffalo Wild Wings | | None | J | T | Sold (part) | 12/22/16 | J | B | |
| 40. Valero Energy | A | Dividend | | | Sold (part) | 04/11/16 | J | | |
| 41. | | None | | | Sold | 12/22/16 | J | A | |
| 42. Western Refining | A | Dividend | J | T | | | | | |
| 43. Gilead Science | A | Dividend | | | Sold | 12/22/16 | J | | |
| 44. Ross Stores, Inc | A | Dividend | J | T | Sold (part) | 04/11/16 | J | B | |
| 45. | | None | J | T | Sold (part) | 12/22/16 | J | B | |
| 46. Shire PLC | A | Dividend | J | T | | | | | |
| 47. Johnson & Johnson | A | Dividend | J | T | Sold (part) | 08/15/16 | J | A | |
| 48. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 49. Taiwan Semiconductor | A | Dividend | K | T | | | | | |
| 50. SPDR DJ Intl Real Estate ETF | B | Dividend | K | T | | | | | |
| 51. MFS Intl New Discovery A Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Price Media & Tele Fund | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |
| 53. | | None | K | T | Buy (add'l) | 08/15/16 | J | | |
| 54. | | None | K | T | Buy (add'l) | 12/22/16 | J | | |
| 55. National Health Investors | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 56. | | None | J | T | Sold (part) | 12/22/16 | J | A | |
| 57. EQT Midstream Partners | A | Dividend | K | T | | | | | |
| 58. C & S Realty Fund | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 59. | A | Distribution | J | T | | | | | |
| 60. Magellan Midstream Partners | A | Dividend | K | T | | | | | |
| 61. Spectra Energy Partners | A | Dividend | K | T | | | | | |
| 62. Targa Natural Resources | B | Dividend | | | Merged (with line 63) | 02/17/16 | K | | |
| 63. Targa Resource Corp | A | Dividend | | | Sold | 08/15/16 | | | |
| 64. | | None | | | Sold | 08/15/16 | K | | |
| 65. Sovran Self Storage | A | Dividend | | | Merged (with line 66) | 08/15/16 | J | | |
| 66. Life Storage Corp | A | Dividend | J | T | Sold (part) | 04/11/16 | J | B | |
| 67. Auto Zone | | None | J | T | Buy (add'l) | 04/11/16 | J | | |
| 68. PowerShares Pharma ETF | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Utilities ETF | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 70. PowerShares QQQ ETF | A | Dividend | K | T | Buy (add'l) | 08/15/16 | J | | |
| 71. | | None | K | T | Buy (add'l) | 12/22/16 | J | | |
| 72. TAL International | B | Dividend | | | Merged (with line 73) | 07/13/16 | J | | |
| 73. Tritan International | A | Distribution | J | T | | | | | |
| 74. Continental Resources | | None | | | Sold | 08/15/16 | J | B | |
| 75. Home Depot | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 76. | | None | J | T | Sold (part) | 08/15/16 | J | A | |
| 77. Enterprise Products Partners | A | Dividend | | | Sold | 08/15/16 | K | A | |
| 78. Plains All American Pipeline | B | Dividend | K | T | | | | | |
| 79. Simon Property Group | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 80. Old Dominion Freight Line | | None | K | T | Sold (part) | 12/22/16 | J | B | |
| 81. PowerShares S&P Small Cap Portfolio | A | Distribution | J | T | | | | | |
| 82. American Tower Corp | A | Dividend | | | Sold | 04/11/16 | J | C | |
| 83. Oakmark Intl I Fund | B | Dividend | K | T | Buy (add'l) | 04/11/16 | K | | |
| 84. PowerShares Dyn Energy ETF | A | Dividend | K | T | | | | | |
| 85. American Century Intl Opportunity Fund | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Extra Space Storage | A | Dividend | | | Sold (part) | 04/11/16 | J | B | |
| 87. | | None | | | Sold | 08/15/16 | J | C | |
| 88. PowerShares Leis&Ent ETF | A | Dividend | | | Sold | 08/15/16 | J | B | |
| 89. T Rowe Price New Horizons Fund | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |
| 90. | B | Distribution | K | T | Buy (add'l) | 08/15/16 | J | | |
| 91. | | None | K | T | Buy (add'l) | 12/22/16 | J | | |
| 92. Wasatch Int Growth Fund | A | Distribution | K | T | Sold (part) | 04/11/16 | J | A | |
| 93. Alaska Air Group | A | Dividend | J | T | | | | | |
| 94. Fidelity Cycl Indust Fund | A | Dividend | K | T | Sold (part) | 04/11/16 | J | | |
| 95. Invesco Ltd | A | Dividend | | | Sold | 04/11/16 | J | | |
| 96. PowerShares Buyback Acheivers ETF | A | Dividend | | | Sold | 08/15/16 | K | B | |
| 97. Continental AG | A | Dividend | J | T | | | | | |
| 98. Anheuser Busch | A | Dividend | J | T | | | | | |
| 99. Vanguard Energy Index ETF | A | Dividend | K | T | | | | | |
| 100. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 101. Camden Property Trust | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 102. | | None | J | T | Sold (part) | 12/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Digital Realty Trust | A | Dividend | | | Sold | 04/12/16 | K | D | |
| 104. AER Cap Holdings | | None | K | T | | | | | |
| 105. EPR Properties | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 106. | | None | J | T | Sold (part) | 08/15/16 | J | A | |
| 107. SPDR S&P Hi Yield Div ETF | A | Dividend | K | T | Buy | 04/11/16 | J | | |
| 108. | | None | K | T | Buy (add'l) | 12/22/16 | J | | |
| 109. Vanguard S&P 500 ETF | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 110. | | None | K | T | Buy (add'l) | 12/22/16 | J | | |
| 111. PowerShares Property & Casualty Ins ETF | | None | K | T | Buy | 12/22/16 | K | | |
| 112. RMB Financial Services Fund | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 113. PowerShares Sm Cap Health ETF | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 114. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 115. Sherwin Williams Co stock | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 116. Snap-On Inc stock | A | Dividend | K | T | Buy | 04/11/16 | J | | |
| 117. FMI International Fund | A | Dividend | K | T | Buy | 04/11/16 | J | | |
| 118. | | None | K | T | Buy (add'l) | 04/12/16 | J | | |
| 119. | | None | K | T | Sold (part) | 08/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Hanover Ins Group stock | A | Dividend | | | Buy | 04/11/16 | K | | |
| 121. | | None | | | Sold (part) | 08/15/16 | J | | |
| 122. | | | | | Sold | 12/22/16 | K | A | |
| 123. BNP Paribus Bond 2/23/16 | A | Interest | | | Matured | 02/23/16 | J | A | |
| 124. Burien, WA Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 125. Lehman Bond Escrow 01/18/12 | A | Dividend | K | T | | | | | |
| 126. Connecticut State Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 127. Gastonia, NC Bond 4/1/2020 | A | Interest | K | T | | | | | |
| 128. Barclay Bank Bond 9/22/16 | B | Interest | | | Matured | 09/22/16 | K | | |
| 129. Griffith, IN Bond 7/5/2020 | A | Interest | K | T | | | | | |
| 130. Hempstead, NY Bond 7/15/2020 | A | Interest | K | T | | | | | |
| 131. New York, NY Bond 11/1/2020 | A | Interest | K | T | | | | | |
| 132. Goldman Sachs Bond 10/1/16 | A | Interest | | | Matured | 10/01/16 | K | | |
| 133. Newark, NJ Bond 4/1/2020 | B | Interest | K | T | | | | | |
| 134. John Hancock Bond 9/15/16 | A | Interest | | | Matured | 09/15/16 | J | | |
| 135. JP Morgan Chase 6/27/17 Bond | A | Interest | J | T | | | | | |
| 136. JP Morgan Chase 3/1/16 Bond | A | Interest | | | Matured | 03/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Metlife Inc Bond 6/1/16 | A | Interest | | | Matured | 06/01/16 | J | | |
| 138. Michigan Financial Authority 11/1/16 Bond | A | Interest | | | Matured | 11/01/16 | J | | |
| 139. Phoenix, AZ 7/1/16 Bond | A | Interest | | | Matured | 07/01/16 | J | | |
| 140. GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 141. GE Money Bank CD 7/24/17 | A | Interest | J | T | | | | | |
| 142. Goldman Sachs CD 8/22/17 | A | Interest | K | T | | | | | |
| 143. Deutsche Bank Bond 9/1/17 | A | Interest | J | T | | | | | |
| 144. JP Morgan Chase Bond 7/5/16 | A | Interest | | | Matured | 07/15/16 | J | | |
| 145. Mars, PA Bond 03/01/16 | A | Interest | | | Matured | 03/01/16 | K | | |
| 146. McGraw-Hill Bond 11/15/17 name change to S& P Global | A | Interest | | | Sold | 10/20/16 | J | | |
| 147. NY Transit Bond 11/15/16 | A | Interest | | | Matured | 11/15/16 | J | | |
| 148. Soc Gen Bond 10/12/17 | A | Interest | J | T | | | | | |
| 149. GE Cap Corp Bond 7/15/17 | B | Interest | K | T | | | | | |
| 150. Goldman Sachs Bond 9/1/17 | A | Interest | J | T | | | | | |
| 151. VF Corp Bond 11/01/17 | A | Interest | K | T | | | | | |
| 152. GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 153. AmMuni Pwr Bond 2/15/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Abbey Natl Bond 4/27/16 | A | Interest | | | Matured | 04/27/16 | J | | |
| 155.  Baidu Inc Bond 11/28/17 | A | Interest | K | T | | | | | |
| 156.  New Rochelle, NY Bond 3/15/18 | A | Interest | K | T | | | | | |
| 157.  Baidu Inc Bond 8/6/18 | B | Interest | K | T | | | | | |
| 158.  Northgate, PA Bond 8/15/18 | | None | J | T | | | | | |
| 159.  Randolph Co, NC Bond 6/1/18 | A | Interest | K | T | | | | | |
| 160.  Diageo Cap Bond 10/23/17 | A | Interest | J | T | | | | | |
| 161.  Oregon State Bond 1/1/19 | A | Interest | J | T | | | | | |
| 162.  El Paso Co, CO Bond 12/1/18 | B | Interest | L | T | | | | | |
| 163.  Maine St Bond 11/15/18 | A | Interest | J | T | | | | | |
| 164.  Goldman Sachs CD 12/10/19 | A | Interest | K | T | | | | | |
| 165.  State Bank of India CD 10/17/19 | A | Interest | K | T | | | | | |
| 166.  Decatur, GA Bond 05/01/19 | A | Interest | J | T | | | | | |
| 167.  Ft. Wayne, IN Bond 08/1/2016 | A | Interest | | | Matured | 08/01/16 | J | | |
| 168.  Massachusetts St Bond 12/15/18 | A | Interest | J | T | | | | | |
| 169.  Orlando, FL Bond 10/1/16 | A | Interest | | | Matured | 10/01/16 | J | | |
| 170.  Rochester, NY Bond 2/15/17 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. State Bank of India CD 12/18/18 | A | Interest | J | T | | | | | |
| 172. Univeristy of Houston Bond 2/15/17 | A | Interest | J | T | | | | | |
| 173. Rockdale Co, GA Bond 7/1/19 | A | Interest | K | T | | | | | |
| 174. Salmon River, NY Bond 6/15/20 | A | Interest | K | T | | | | | |
| 175. U of OK Bond 7/1/19 | A | Interest | J | T | | | | | |
| 176. UNC Chapel Hill Bond 8/1/19 | | None | J | T | | | | | |
| 177. Goldman Sachs CD 9/12/17 | A | Interest | J | T | | | | | |
| 178. Tucson, AZ Bond 1/1/19 | A | Interest | J | T | | | | | |
| 179. Alabama St Bond 9/1/19 | A | Interest | J | T | Buy | 04/13/16 | J | | |
| 180. Cook Co, IL Bond 12/1/24 callable 12/1/19 | | None | J | T | Buy | 12/21/16 | J | | |
| 181. Florida St Bond 7/1/21 | A | Interest | J | T | Buy | 04/13/16 | J | | |
| 182. HSBC Bond 4/5/21 | A | Interest | J | T | Buy | 04/28/16 | J | | |
| 183. Jackson, MS Bond 5/1/21 | A | Interest | K | T | Buy | 08/25/16 | K | | |
| 184. Kane McHenry, IL Bond | | None | J | T | Buy | 08/18/16 | J | | |
| 185. Kentucky St Bond 4/1/19 | A | Interest | J | T | Buy | 04/03/16 | J | | |
| 186. Los Angeles, Co CA Bond 09/1/21 | A | Interest | J | T | Buy | 08/22/16 | J | | |
| 187. Los Angeles, CA Bond 11/1/21 | A | Interest | J | T | Buy | 08/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Michigan Hsg Auth Bond 10/1/21 | A | Interest | J | T | Buy | 09/26/16 | K | | |
| 189. MTA of NY Bond 11/15/21 | A | Interest | J | T | Buy | 04/13/16 | J | | |
| 190. Nashville, Co TN Bond 7/1/21 | | None | J | T | Buy | 08/24/16 | J | | |
| 191. New Hampshire Bond 9/1/21 | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 192. Oakland, CA Bond 12/15/21 | | None | J | T | Buy | 09/22/16 | J | | |
| 193. Pennsylvania St Bond 7/15/21, callable 7/15/20 | A | Interest | J | T | Buy | 04/19/16 | J | | |
| 194. San Mateo, CA Bond 8/1/21 | | None | J | T | Buy | 12/21/16 | J | | |
| 195. Chemcial Bank Savings (FBO#1) | A | Interest | K | T | | | | | |
| 196. TD Ameritrade Money Market (FBO #1) | A | Interest | K | T | | | | | |
| 197. EOG Resources Inc (FBO#1) | A | Dividend | | | Sold | 08/18/16 | J | | |
| 198. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 199. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |
| 200. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 201. Valero Energy Corp (FBO #1) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 202. Alerian Infrastructure Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 08/18/16 | J | A | |
| 203. Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | Sold (part) | 08/16/16 | J | D | |
| 204. SPDR Utilites ETF (FBO#1) | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. C & S Realty Fund (FBO#1) | A | Dividend | | | Sold | 04/08/16 | J | C | |
| 206. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 207. MI Ed Savgs Plan Moderate Age-Based 17 FBO #2No Control | | None | M | T | | | | | |
| 208. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | K | T | | | | | |
| 209. Georgia State Bond 10/1/2020(FBO#1) | A | Interest | K | T | | | | | |
| 210. Connecticut State Bond 11/1/2020(FBO#1) | A | Interest | J | T | | | | | |
| 211. Goldman Sachs CD 8/22/17 (FBO #1) | A | Interest | K | T | | | | | |
| 212. N Wasco Co, OR Bond 12/1/16 (FBO #1) | A | Interest | | | Matured | 12/01/16 | K | A | |
| 213. Orix Corp Bond 3/9/17 (FBO #1) | A | Interest | J | T | | | | | |
| 214. New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | K | T | | | | | |
| 215. Goldman Sachs Bond 10/1/16 (FBO #1) | A | Interest | | | Matured | 10/01/16 | J | | |
| 216. El Paso Co, CO Bond 12/1/18 (FBO #1) | A | Interest | K | T | | | | | |
| 217. Jersey City, NJ Bond 9/1/17 (FBO #1) | A | Interest | J | T | | | | | |
| 218. Kansas St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 219. Missouri St Bond 10/1/16 (FBO #1) | A | Interest | | | Matured | 10/01/16 | J | | |
| 220. Pennsylvania St Bond 06/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 221. UNC Chapel Hill Bond 8/1/19 (FBO #1) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Washington St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 223. Alamo, TX Bond 2/1/21 (FBO #1) | | None | K | T | Buy | 12/21/16 | K | | |
| 224. Kern Co, CA Bond 8/15/21 (FBO #1) | | None | J | T | Buy | 10/04/16 | J | | |
| 225. Oregon St Bond 6/30/21 (FBO #1) | | None | J | T | Buy | 08/15/16 | J | | |
| 226. American Century Intl Opp Fund (FBO #1) | A | Dividend | J | T | Sold (part) | 04/08/16 | J | | |
| 227. | | None | J | T | Sold (part) | 08/18/16 | J | | |
| 228. Matthews Pacific Tiger Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 229. AER Cap Holdings (FBO#1) | | None | J | T | | | | | |
| 230. Continental AG ADR (FBO #1) | A | Dividend | J | T | | | | | |
| 231. PowerShares Pharma ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |
| 232. Ross Stores Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 233. Shire PLC (FBO#1) | A | Dividend | J | T | | | | | |
| 234. Taiwan Semiconductor (FBO#1) | A | Dividend | J | T | | | | | |
| 235. TAL International (FBO #1) | A | Dividend | | | Merged (with line 236) | 07/13/16 | J | | |
| 236. Triton Intl (FBO #1) | A | Dividend | J | T | | | | | |
| 237. SPDR DJ Intl Real Est ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 238. Continental Resources (FBO #1) | | None | | | Sold | 08/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. PowerShares Dyn Energy ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 240. Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 241. Oakmark Intl I Fund (FBO #1) | | None | | | Sold | 04/08/16 | J | | |
| 242. T Rowe Price New Horizons Fund (FBO #1) | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |
| 243. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 244. Wasatch Intl Growth Fund (FBO #1) | | None | J | T | | | | | |
| 245. Apple Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 246. Buffalo Wild Wings (FBO #1) | | None | J | T | | | | | |
| 247. Fidelity Cycl Indust Fund (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 248. Invesco (FBO #1) | A | Dividend | | | Sold | 04/08/16 | J | | |
| 249. PowerShares QQQ ETF (FBO #1) (Y) | | | | | | | | | |
| 250. Anheuser Busch (FBO #1) | A | Dividend | J | T | | | | | |
| 251. Vanguard Energy Index ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 252. EPR Properties (FBO #1) | A | Dividend | | | Sold | 04/08/16 | J | B | |
| 253. Vanguard S&P 500 ETF (FBO #1) | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 254. PowerShares Ppty & Cas Ins ETF (FBO #1) | | None | J | T | Buy | 12/22/16 | J | | |
| 255. PowerShares Sm Cap Health ETF (FBO #1) | A | Dividend | J | T | Buy | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Sherwin Williams Co stock (FBO #1) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 257. Vanguard REIT Index ETF (FBO #1) | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 258. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 259. Alaska Air Group stock (FBO #1) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 260. PowerShares S&P Small Cap Util ETF (FBO #1) | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 261. | | None | J | T | Buy (add'l) | 12/22/16 | J | | |
| 262. FMI Intl Fund (FBO #1) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 263. Hanover Insurance Group stock (FBO #1) | A | Dividend | | | Buy | 04/08/16 | J | | |
| 264. | | None | | | Sold (part) | 08/18/16 | J | | |
| 265. | | None | | | Sold | 12/22/16 | J | A | |
| 266. PowerShares Leis & Ent ETF (FBO #1) | A | Dividend | | | Buy | 04/08/16 | J | | |
| 267. | | None | | | Sold | 08/18/16 | J | A | |
| 268. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 269. Schwab Money Market Fund (FBO#2) | A | Interest | | | Closed | 05/05/16 | K | | |
| 270. TD Ameritrade Trust (FBO #2) | A | Interest | N | T | Open | 04/12/16 | N | | |
| 271. Buffalo Wild Wings Inc (FBO#2) | | None | J | T | | | | | |
| 272. MFS Utilities Fund (FBO#2) | A | Dividend | | | Sold | 04/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Ross Stores Inc (FBO#2) | A | Dividend | J | T | Sold (part) | 12/23/16 | J | B | |
| 274. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 275. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 276. T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 277. AER Cap Holdings(FBO#2) | | None | J | T | | | | | |
| 278. Alerian Infrastructure Fund (FBO#2) | B | Dividend | K | T | | | | | |
| 279. C & S Realty Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 04/15/16 | J | C | |
| 280. Dallas, TX Bond 2/15/16 (FBO#2) | A | Interest | | | Matured | 02/15/16 | J | | |
| 281. GE Cap Corp Bond 10/20/16 (FBO#2) | A | Interest | | | Matured | 10/20/16 | J | | |
| 282. EOG Resources Inc (FBO #2) | A | Dividend | | | Sold | 12/23/16 | J | A | |
| 283. Dollar Tree Stores (FBO #2) | | None | J | T | | | | | |
| 284. PowerShares Pharma ETF (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 285. PowerShares QQQ ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 08/12/16 | J | A | |
| 286. TAL International (FBO #2) | A | Dividend | | | Merged (with line 287) | 07/13/16 | J | | |
| 287. Triton International (FBO #2) | A | Dividend | J | T | | | | | |
| 288. Restaurant Brands (FBO #2) | A | Dividend | | | Sold | 04/15/16 | J | | |
| 289. Continental Resources (FBO #2) | | None | | | Sold | 08/12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. PowerShares Dyn Energy ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 291. Oakmark Intl I Fund (FBO #2) | | None | | | Sold | 04/15/16 | J | | |
| 292. American Tower Corp (FBO #2) | A | Dividend | | | Sold | 04/15/16 | J | A | |
| 293. Bank of Nova Scotia (FBO #2) | A | Dividend | | | Sold | 04/15/16 | J | | |
| 294. Valero Energy Corp (FBO #2) | A | Dividend | J | T | Sold (part) | 12/23/16 | J | A | |
| 295. American Century Intl Opp Fund (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 296. Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 297. Alaska Air Group (FBO #2) | A | Dividend | J | T | | | | | |
| 298. Apple Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 299. Invesco (FBO #2) | A | Dividend | | | Sold | 04/15/16 | J | | |
| 300. PowerShares Indus ETF (FBO #2) | A | Dividend | | | Sold | 12/23/16 | J | A | |
| 301. Stantec Inc (FBO #2) | A | Dividend | | | Sold | 04/15/16 | J | | |
| 302. Anheuser Busch (FBO #2) | A | Dividend | J | T | | | | | |
| 303. Vanguard Energy Index ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 304. Vanguard S&P 500 ETF (FBO #2) | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 305. | | None | J | T | Buy (add'l) | 12/23/16 | J | | |
| 306. PowerShares Ppty & Cas Ins ETF (FBO #2) | | None | J | T | Buy | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. PowerShares Sm Cap Health ETF (FBO #2) | | None | J | T | Buy | 12/23/16 | J | | |
| 308. Fidelity Cycl Indust Fund (FBO #2) | | None | J | T | Buy | 12/23/16 | J | | |
| 309. Sherwin Williams Co stock (FBO #2) | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 310. PowerShares S&P Small Cap ETF (FBO #2) | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 311. SPDR Utilities ETF (FBO #2) | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 312. FMI International (FBO #2) | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 313. Taiwan Semiconductor (FBO #2) | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 314. Hanover Insurance Group (FBO #2) | A | Dividend | | | Buy | 04/15/16 | J | | |
| 315. | | None | | | Sold | 12/23/16 | J | A | |
| 316. Continental AG ADR (FBO #2) | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 317. East Whiteland, PA Bond 9/1/17 (FBO #2) | A | Interest | K | T | | | | | |
| 318. Goldman Sachs 9/1/17 (FBO #2) Bond | A | Interest | K | T | | | | | |
| 319. N Wasco Co, OR Bond 12/1/16 (FBO #2) | A | Interest | | | Matured | 12/01/16 | J | A | |
| 320. New Jersey Bond 3/1/18 (FBO #2) | A | Interest | J | T | | | | | |
| 321. Kentucky State Bond 1/1/2020 (FBO #2) | A | Interest | J | T | | | | | |
| 322. Gooding Co, ID Bond 9/15/19 (FBO #2) | A | Interest | J | T | | | | | |
| 323. Harrisburg, PA Bond 04/1/18 (FBO #2) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 325. New York, NY Bond 3/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 326. Memphis, TN Bond 11/1/21 (FBO #2) | A | Interest | J | T | Buy | 04/20/16 | J | | |
| 327. Dallas, TX Bond 2/15/20 (FBO #2) | A | Interest | J | T | Buy | 04/21/16 | J | | |
| 328. Washington, PA Bond 9/1/21 (FBO #2) | A | Interest | J | T | Buy | 08/15/16 | J | | |
| 329. Chemical Bank ▒▒▒▒ Cust AGY (H) | A | Interest | L | T | | | | | |
| 330. Apple Inc | C | Dividend | M | T | Sold (part) | 10/05/16 | J | D | |
| 331. Bristol-Myers Squibb Co | A | Dividend | J | T | | | | | |
| 332. Celgene Corp Com | | None | K | T | | | | | |
| 333. Conocophillips | A | Dividend | J | T | Sold (part) | 12/30/16 | J | | |
| 334. DuPont Ei De Nemours Co | A | Dividend | | | Sold | 03/07/16 | J | B | |
| 335. Energizer Hldgs Inc | A | Dividend | J | T | | | | | |
| 336. Exxon Mobil Corp | A | Dividend | K | T | Sold (part) | 10/05/16 | J | A | |
| 337. Ford Motor Co | A | Dividend | J | T | Sold (part) | 03/10/16 | J | A | |
| 338. Intel Corp | A | Dividend | K | T | | | | | |
| 339. Lowes | A | Dividend | J | T | | | | | |
| 340. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Boeing Co | A | Dividend | K | T | | | | | |
| 342. Walgreens Boots Alliance | A | Dividend | J | T | | | | | |
| 343. Aflac, Inc | A | Dividend | J | T | Sold (part) | 10/05/16 | J | B | |
| 344. Aetna US Healthcare Inc | A | Dividend | K | T | | | | | |
| 345. Boston Properties Inc | A | Dividend | J | T | Sold (part) | 02/08/16 | J | A | |
| 346. | | None | J | T | Sold (part) | 10/05/16 | J | A | |
| 347. Chemical Financial Corp | A | Dividend | | | Sold | 06/08/16 | L | E | |
| 348. Clorox Co | A | Dividend | J | T | | | | | |
| 349. PowerShares QQQ Trust | A | Dividend | K | T | Sold (part) | 02/08/16 | J | | |
| 350. | | None | K | T | Sold (part) | 03/07/16 | J | A | |
| 351. Hcp Inc Com | A | Dividend | J | T | Sold (part) | 12/30/16 | J | | |
| 352. | | None | J | T | Sold (part) | 12/30/16 | J | | |
| 353. Quality Care Properties | | None | J | T | Spinoff (from line 351) | 11/01/16 | J | | |
| 354. Harbor Intl Fund #11 | B | Dividend | L | T | Sold (part) | 02/08/16 | J | | |
| 355. | | None | L | T | Sold (part) | 10/05/16 | J | A | |
| 356. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 357. Microsoft Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Kinder Morgan | A | Dividend | J | T | Sold (part) | 12/30/16 | J | | |
| 359. Nextera Energy Inc | A | Dividend | K | T | Sold (part) | 10/05/16 | J | C | |
| 360. Oppenheimer Intl Growth Fund | B | Dividend | L | T | Sold (part) | 03/07/16 | J | C | |
| 361. | | None | L | T | Sold (part) | 10/05/16 | J | B | |
| 362. PG & E Corp | A | Dividend | K | T | | | | | |
| 363. Pepsi Co | A | Dividend | K | T | | | | | |
| 364. Phillips 66 | A | Dividend | K | T | Sold (part) | 03/07/16 | J | C | |
| 365. Prudential Financial | A | Dividend | K | T | | | | | |
| 366. SPDR Gold Shares ETF | | None | J | T | Sold (part) | 02/08/16 | J | | |
| 367. Deere & Co | A | Dividend | J | T | Sold (part) | 10/05/16 | J | A | |
| 368. Disney | A | Dividend | K | T | | | | | |
| 369. EMC Corp Mass | A | Dividend | | | Merged (with line 370) | 09/07/16 | J | C | |
| 370. Dell Technologies Inc | | None | | | Sold | 12/30/16 | J | A | |
| 371. Fastenal Co Com | A | Dividend | J | T | Sold (part) | 03/07/16 | J | A | |
| 372. Principal Mid Cap Blend Fund | A | Dividend | K | T | | | | | |
| 373. | A | Distribution | K | T | | | | | |
| 374. Union Pac Corp | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 376. Amg Southernson Small Cap Fund | A | Dividend | J | T | | | | | |
| 377. T Rowe Price New Horizons Fund | A | Dividend | J | T | | | | | |
| 378. | A | Distribution | J | T | | | | | |
| 379. Kroger Co | A | Dividend | J | T | | | | | |
| 380. Vanguard Inst Index Fund | A | Dividend | L | T | Buy | 06/09/16 | J | | |
| 381. | A | Distribution | L | T | Buy (add'l) | 06/16/16 | J | | |
| 382. | | None | L | T | Buy (add'l) | 06/23/16 | J | | |
| 383. | | None | L | T | Buy (add'l) | 06/30/16 | J | | |
| 384. | | None | L | T | Buy (add'l) | 07/07/16 | J | | |
| 385. | | None | L | T | Buy (add'l) | 07/14/16 | J | | |
| 386. | | None | L | T | Buy (add'l) | 07/21/16 | J | | |
| 387. | | None | L | T | Buy (add'l) | 07/22/16 | J | | |
| 388. Chemical Bank Katrina Ludington Trust AGY (H) | A | Interest | M | T | | | | | |
| 389. Adrian MI City School Dist Bond 5/1/19 | B | Interest | L | T | | | | | |
| 390. Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 391. Fenton, MI Bond 5/1/2022 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Fidelity Inter Muni Inc Fund #036 | A | Dividend | K | T | | | | | |
| 393. Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 394. Grosse Ile Twp MI School Bond 5/1/21 | A | Interest | | | Redeemed | 05/01/16 | K | A | |
| 395. Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 396. Kalamazoo MI School Bond 5/1/20 | B | Interest | K | T | | | | | |
| 397. MI ST Hosp Fin Bond 7/15/21 | B | Interest | L | T | | | | | |
| 398. Romulus MI Tax Increment Fin Bond 11/1/18 | B | Interest | | | Redeemed | 11/01/16 | K | | |
| 399. Manistique,MI Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 400. Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | | | | | |
| 401. Grandville, MI Bond 11/1/17 | A | Interest | K | T | | | | | |
| 402. Grand Rapids Mich Bond 12/1/16 | A | Interest | | | Matured | 12/01/16 | K | | |
| 403. Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | | | | | |
| 404. Green Oak Twp Mich Bond 11/1/21 | A | Interest | L | T | | | | | |
| 405. Grosse Pointe Woods Mich Bond11/1/17 | A | Interest | L | T | | | | | |
| 406. Midland Cnty Mich Bond 8/1/17 | A | Interest | K | T | | | | | |
| 407. Rapid River Mich Public Schools Bond 5/1/16 | A | Interest | | | Matured | 05/01/16 | K | | |
| 408. Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | | | | | |
| 410. Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 411. White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | K | T | | | | | |
| 412. White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 413. Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | L | T | | | | | |
| 414. Forks Associates Michigan Non-Profit Corp | | None | | | Donated | | | | |
| 415. ▯▯▯▯▯ Estate Trust (H) | | None | | | Distributed | 10/21/16 | M | G | |
| 416. Chemical Bank Savings | A | Int./Div. | L | T | Open | 06/03/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2015 report that had been sold or matured.
2. Lehman Brothers Bond Escrow (Line 123) is still held. Some principle has been returned, with the possibility of future repayment of principle.
3. Harbor Springs property is a personal residence only. (Line 11)
4. PowerShares QQQ ETF FBO#1 (Line 248) - Asset is held in an account that no longer meets reporting guidelines.
5. Fork Associates MI Non-Profit Group (Line 413) was dissolved in November 2016. All Funds were donated.
6.                 Trust (Line 414) sold it's remaining asset and distributed proceeds.
7. Sovran Self Storage did not truly merge with Life Storage (Lines 64 & 65). Sovran changed it's name, cusip, and ticker symbol to LifeStorage.
8. Schwab Money Market (Line 268). All assets transferred to TD Ameritrade Trust FBO #1.
9. All "inherited" notations were removed. Positions previously marked inherited were combined with exisiting positions, if applicable.

Addidtional Explanations (09/2017)

1. Line 63 Targa Natural Resources received .62 shares of Targa Resource Corp per unit in an all equity tranasction dated 2/17/16.
2. Lines 72 & 286 TAL International and Triton merged to form Triton International in an all equity merger. Received one common share of Triton International for each share of TAL International owned. Transaction dated 07/13/16.

# FINANCIAL DISCLOSURE REPORT

Page 30 of 30

Name of Person Reporting

Ludington, Thomas L.

Date of Report

09/06/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544